DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON ROBERTS,**
Appellant,

v.

**EMILY REBECCA JAWORSKI,**
Appellee.

No. 4D21-2287

[October 20, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE21-006120.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellant.

Tee Hoa Lee of Cortes Hodz Family Law & Mediation, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.  See Mabie v. Garden St. Management Corp.,* 397 So. 2d 920 (Fla. 1981).

GERBER, FORST, and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***